**Entered on Docket
June 07, 2011**

Hon. Bruce T. Beesley
United States Bankruptcy Judge

1
2
3
4
5
6  TIFFANY & BOSCO, P.A
7  Gregory L. Wilde, Esq.
   Nevada Bar No. 004417
8  212 South Jones Boulevard
   Las Vegas, Nevada 89107
9  Telephone: 702 258-8200
   Fax: 702 258-8787
10
11 Navy Federal Credit Union
   11-71185
12
           UNITED STATES BANKRUPTCY COURT
13
                  DISTRICT OF NEVADA
14

| In Re: | Bk Case Number: 11-50537-btb |
|---|---|
| Francisca Saldivar fka Francisca Higgins | Date: 5/27/2011<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor(s). | |

**ORDER VACATING AUTOMATIC STAY**

///
///
///
///
///
///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property described as 1375 Langley Dr , Gardnerville, NV 89460.

Submitted by:

**TIFFANY & BOSCO, P.A**

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
**Nicholas M. Wajda\***
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**C. Geoffrey Wilson**
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or    __X__ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or    __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor